```
ERIC GRANT
United States Attorney
CODY S. CHAPPLE
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>OSCAR CHIQUETE,<br><br>　　　　　　Defendant. | Case No. 1:25-po-00276-SAB<br><br>[Citation #E1463401 CA/74]<br><br>MOTION AND ORDER FOR DISMISSAL |

　　　The United States of America, by and through Michele Beckwith, Acting United States Attorney, and Luke Baty, Assistant United States Attorney, hereby moves to dismiss Case No. 1:25-po-00276-SAB [Citation #E1463401 CA/74] against OSCAR CHIQUETE, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: December 4, 2025　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　ERIC GRANT
　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　By:　　/s/ *Cody S. Chapple*
　　　　　　　　　　　　　　　　　　　　　　CODY S. CHAPPLE
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

1

U.S. v. Chiquete
Case No. 1:25-po-00276-SAB

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:25-po-00276-SAB [Citation #E1463401 CA/74] against OSCAR CHIQUETE is dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: __**December 4, 2025**__

STANLEY A. BOONE
United States Magistrate Judge